**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

SEP 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DAVID ALAN HELDRETH, Jr., CEO of Panacea Plant Sciences, Inc.,

        Plaintiff - Appellant,

and

PANACEA PLANT SCIENCES, INC.,

        Plaintiff,

  v.

PAMELA BONDI, in her official capacity as United States Attorney General; DOJ - UNITED STATES DEPARTMENT OF JUSTICE; DEREK S. MALTZ, in his official capacity as Acting Administrator of the Drug Enforcement Administration; UNITED STATES DRUG ENFORCEMENT ADMINISTRATION; PAUL E. SOEFFING, in his official capacity of an Administrative Law Judge of the Drug Enforcement Administration,

        Defendants - Appellees.

No. 24-4128

D.C. No. 2:24-cv-00477-RSM

MEMORANDUM[*]

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Appeal from the United States District Court
for the Western District of Washington
Ricardo S. Martinez, District Judge, Presiding

Submitted September 17, 2025[**]

Before:    SILVERMAN, OWENS, and BRESS, Circuit Judges.

David Alan Heldreth, Jr. appeals pro se from the district court's judgment dismissing his action challenging the constitutionality of a federal regulatory process for scheduling drugs. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a dismissal for failure to comply with a court order under Federal Rule of Civil Procedure 41(b). *Applied Underwriters, Inc. v. Lichtenegger*, 913 F.3d 884, 890 (9th Cir. 2019). We affirm.

The district court did not abuse its discretion in dismissing Heldreth's action because Heldreth failed to comply with a court order to retain counsel for his company, co-Plaintiff Panacea Plant Sciences, Inc., and to refrain from filing motions until counsel was retained. *See* Fed. R. Civ. P. 41(b) (permitting dismissal "[i]f the plaintiff fails to prosecute or to comply with . . . a court order"); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (explaining that a district court may dismiss sua sponte under Rule 41(b)).

**AFFIRMED.**

---

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).